CAPITOL PROCESS SERVICES, INC.
1827 18TH STREET, N.W.
WASHINGTON, DC  20009
202/667-0050

_ENTERED
_RECEIVED

MAR 4 2003

___FILED  ___ENTERED
___LODGED ___RECEIVED

MAR  4 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

ATTN: CIVIL CLERK

CASE NO: WMN03CV350
CLIENT: Wiley

DEAR CIVIL CLERK:

PLEASE FILE THE ENCLOSED DOCUMENT WITH YOUR COURT TODAY.

PLEASE RETURN A DATE STAMPED COPY TO OUR CLIENT USING THE ENCLOSED POSTAGE PAID ENVELOPE.

THANK YOU FOR YOUR ASSISTANCE. PLEASE CONTACT ME IF ANY PROBLEMS.

THANK YOU,

*Linda Bungarz*

LINDA BUNGARZ

ORIGINAL

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/10/03 | TIME: 12:20pm |
| NAME OF SERVER (PRINT) David Ksiazek | TITLE PRIVATE PROCESS SERVER | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where  50 Main St., Suite 435, White Plains, NY 10606.  Service was accepted by Max Stolzberg, C.E.O.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  2/11/03
Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009

Address of Server

FILED ____ ENT[ ]
LODGED ____ REC[ ]

MAR 4 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

* SUMMONS
* CIVIL COVER SHEET
* COMPLAINT WITH EXHIBIT

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.