IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. WMN-03-350 |
| NEW SURFSIDE ADMINISTRATORS, LLC, | ) |
| Defendant. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Ralph S. Tyler of Hogan & Hartson L.L.P. as counsel for defendant New Surfside Administrators, LLC in the above-captioned matter.

Respectfully submitted,

_____/s/_____
Ralph S. Tyler (Fed. Bar No. 01747)
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, Maryland 21202
(410) 659-2700
(410) 539-6981 (Fax)

Attorney for Defendant New Surfside Administrators, LLC

March 13, 2003

\\\BA - 87909/0001 - 152218 v1