IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. WMN-03-350 |
| NEW SURFSIDE ADMINISTRATORS, LLC, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2003, a copy of the foregoing Notice of Entry of Appearance, which was electronically filed in this case on March 13, 2003, was served by first-class mail, postage prepaid, on:

>Rodney H. Glover
>M. Evan Corcoran
>Wiley Rein & Fielding LLP
>1776 K Street NW
>Washington, DC 20006

>/s/
>Ralph S. Tyler (Fed. Bar No. 01747)
>HOGAN & HARTSON L.L.P.
>111 South Calvert Street, Suite 1600
>Baltimore, Maryland 21202
>(410) 659-2700
>(410) 539-6981 (Fax)
>
>Attorney for Defendant New Surfside Administrators, LLC

\\\BA - 87909/0001 - 152219 v1