IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| INTEGRATED HEALTH SERVICES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. WMN-03-350<br>) |
| NEW SURFSIDE ADMINISTRATORS, LLC, | )<br>) |
| Defendant. | )<br>)<br>) |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, defendant New Surfside Administrators, LLC ("Surfside") hereby moves for entry of an Order dismissing the above-captioned matter. As set forth in the attached memorandum, which Surfside incorporates herein by reference, the Complaint should be dismissed because Surfside is not subject to the personal jurisdiction of this Court.

A proposed Order is attached.

Respectfully submitted,

           /s/
Ralph S. Tyler (Fed. Bar No. 01747)
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, Maryland 21202
(410) 659-2700
(410) 539-6981 (Fax)

Attorney for Defendant New Surfside
Administrators, LLC

March 13, 2003

\\\BA - 87909/0001 - 151852 v1