IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

|  |  |
|---|---|
| INTEGRATED HEALTH SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. WMN-03-350 |
| NEW SURFSIDE ADMINISTRATORS, LLC, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Motion to Dismiss filed by the Defendant, New Surfside Administrators, Inc., the opposition thereto, and the entire record herein, it appearing to the Court that there is no basis for personal jurisdiction over New Surfside Administrators, Inc. in this Court, it is, this _____ day of _____, 2003,

ORDERED, that the Motion is granted; and it is

FURTHER ORDERED, that the Complaint against Defendant New Surfside Administrators, Inc. is hereby dismissed.

_____
Honorable William M. Nickerson
United States District Judge