IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. WMN-03-350 |
| ) | |
| NEW SURFSIDE ADMINISTRATORS, LLC, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2003, copies of the foregoing Motion To Dismiss, Memorandum in support thereof, and proposed Order, which were electronically filed in this case on March 13, 2003, were served by first-class mail, postage prepaid, on:

>Rodney H. Glover
>M. Evan Corcoran
>Wiley Rein & Fielding LLP
>1776 K Street NW
>Washington, DC 20006

>            /s/
>Ralph S. Tyler (Fed. Bar No. 01747)
>HOGAN & HARTSON L.L.P.
>111 South Calvert Street, Suite 1600
>Baltimore, Maryland 21202
>(410) 659-2700
>(410) 539-6981 (Fax)
>
>Attorney for Defendant New Surfside
>Administrators, LLC

\\\BA - 87909/0001 - 152153 v1