IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| INTEGRATED HEALTH SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEW SURFSIDE ADMINISTRATORS, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. WMN-03-350 |

### ORDER

Having considered the Motion To Dismiss For Lack Of Personal Jurisdiction filed by the Defendant, New Surfside Administrators, LLC, the opposition thereto, and the entire record herein, it appearing to the court under L.R. 105.5 that no hearing is required and that there is a basis for personal jurisdiction over New Surfside Administrators, LLC in this Court, it is, this _____ day of _____, 2003,

ORDERED, that the Motion is DENIED.

_____
Honorable William M. Nickerson
United States District Judge