IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. WMN-03-350 |
| NEW SURFSIDE ADMINISTRATORS, LLC, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of April, 2003, a copy of the foregoing Defendant's Reply Memorandum in Support of its Motion To Dismiss for Lack of Personal Jurisdiction was served electronically and by first class mail, postage prepaid, on:

Rodney H. Glover
M. Evan Corcoran
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

/s/
Ralph S. Tyler (Fed. Bar No. 01747)
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, Maryland 21202
(410) 659-2700
(410) 539-6981 (Fax)

Attorney for Defendant New Surfside Administrators, LLC

\\\BA - 87909/0001 - 153816 v1