**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Integrated Health | : | |
| Services, Inc. | : | |
| | : | |
| v. | : | Civil Action: WMN-03-350 |
| | : | |
| New Surfside | : | |
| Administrators, LLC. | : | |

**ORDER**

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 1st day of July, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1.  That Defendant's Motion to Dismiss (Paper No. 7) is hereby GRANTED, and the case dismissed without prejudice;

2.  That Civil Action WMN-03-350 is hereby CLOSED; and

3.  That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.


                                    _____/s/_____

                                    William M. Nickerson
                                    Senior United States District Judge